FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Jan 26 2026

KEVIN P. WEIMER, Clerk

By: Nicole Lawson Jenkins
Deputy Clerk

# United States District Court

NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

ADAM BENJAMIN HALL

**CRIMINAL COMPLAINT**

Case Number: 1:26-MJ-020

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about June 27, 2024 in Fulton County, in the Northern District of Georgia, defendant, did travel in interstate commerce with the intent to kill, injure, and place under surveillance another person, to wit, the then-President of the United States, and in the course of and as a result of such travel, attempted to cause and would be reasonably expected to cause that person substantial emotional distress,

in violation of Title 18, United States Code, Section(s) 2261A(1)(B).

I further state that I am a(n) Special Agent and that this complaint is based on the following facts:

PLEASE SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof.   Yes

*Nathan Beal*

Signature of Complainant
Nathan Beal

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to me by telephone pursuant to Federal Rule of Criminal Procedure 4.1.

January 26, 2026                                      at   Atlanta, Georgia
Date                                                       City and State

CATHERINE M. SALINAS                                   *Catherine Salinas*
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer                     Signature of Judicial Officer

AUSA Brian Pearce, brian.pearce@usdoj.gov

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Nathan Beal, hereby depose and say under penalty of perjury:

### Introduction and Agent Background

1.      I am a Special Agent with the Department of Homeland Security, United States Secret Service ("USSS"), and have been so employed since July 9, 2016.  I am currently assigned to the USSS Birmingham Field Office which investigates all threats directed toward individuals currently under Secret Service protection that are traced to the Northern District of Alabama. Such protected individuals typically include, but are not limited to, the sitting President of the United States, the Vice President, their families, former Presidents, and certain other officials as designated by law.  During my tenure with the Secret Service, I have been assigned to investigate violations of federal laws, including violations of Title 18, United States Code, Section 871. I received criminal investigative training at the Federal Law Enforcement Training Center in Glynco, Georgia, and at the James J. Rowley Training Center in Beltsville, Maryland. This training pertained to criminal investigations of counterfeit currency, bank fraud, wire fraud, access device fraud, identity theft, and protective intelligence threat incidents. I am an investigative and federal law enforcement officer of the United States, in that I am empowered by law to conduct investigations and to make arrests for felony offenses, under authority of Title 18, United States Code, Section 3056.

2.      I make this affidavit in support of criminal complaint, authorizing the arrest of Adam Benjamin HALL, for violation of 18 U.S.C. § 2261A(1)(B) (Interstate Stalking).

3. This affidavit is intended to establish probable cause for the requested criminal complaint and does not purport to set forth all my knowledge of, or investigation into, this matter. I make this affidavit based upon personal knowledge derived from my participation in this investigation and information that I have learned from discussions with other law enforcement agents.

### Probable Cause

4. On June 27, 2024, at approximately 2100 hours, a presidential debate hosted by CNN took place at 1050 Techwood Drive NW, Atlanta, Georgia 30318 in the Northern District of Georgia. The participants were then-President of the United States (POTUS) Joseph Robinette Biden Jr. ("President Biden") and current POTUS Donald J. Trump.

5. On June 27, 2024, HALL was a resident of Crane Hill, Alabama, where he lived with his parents.

6. On October 23, 2025, HALL informed fellow students at Wallace State Community College in Hanceville, Alabama about traveling to Atlanta, Georgia on June 27, 2024, intending to kill President Biden. HALL stated that, he "drove over to Atlanta" with a revolver containing two rounds, which he thought would be enough to kill President Biden because he was "a pretty decent shot and Joe Biden was or is like one foot and four toes in the grave already." HALL added "if I clip a major artery it's [making a squishing noise] for him."

7. In this conversation, HALL further stated, "but like why? Because umm it's a long story." HALL explained that he had become distressed by seeing images of maimed children in the Middle East and written a "manifesto". Hall stated that he had

2

almost failed his classes at his former university in Georgia due to his focus on a plan that involved "killing Joe Biden." Hall added that he had already told others about this.

8. On October 24, 2025, Wallace State police informed Affiant about HALL's statements to other students the day before and gave me a police report documenting the incident. I telephonically interviewed one of the students on the same date and a second student the next day.

9. On October 25, 2025, USSS Special Agents interviewed HALL's parents at their residence in Alabama. The parents informed the agents that they learned about HALL's travel to the debate in Atlanta and plan to shoot President Biden with a revolver around one month after the fact. HALL's parents stated that they confiscated the weapon, a .38 caliber Smith & Wesson revolver, and put it in the father's personal safe for safekeeping. The mother sent USSS photographs of the weapon.



10. On October 25, 2025, a USSS Special Agent interviewed HALL. HALL stated in part as follows: images HALL saw online upset him and made him feel that he needed to do something. HALL learned online about the planned presidential debate to be hosted by CNN in Atlanta, Georgia on June 27, 2024 and, shortly before the debate, he bought the .38 caliber Smith & Wesson revolver in cash.

11. Hall further informed that on the afternoon of June 27, 2024, HALL drove from his residence in Alabama to Atlanta, Georgia with the revolver. He arrived in Atlanta later that afternoon. He mistakenly went to the former site of the CNN Center in downtown Atlanta. He parked on top of a parking garage and walked around scouting the area. After several hours he realized his mistake. HALL saw videos of the debate on his cell phone and realized that the debate was over. HALL decided to leave downtown Atlanta and checked into a hotel in another part of the city for the rest of the night before returning to Alabama the next day.

12. On November 06, 2025, USSS-Birmingham analyzed HALL's cell phone after obtaining HALL's written consent. A forensic analysis revealed a self-described "exposé" or "manifesto" typed in Apple Notes and saved as screenshots in the device's camera roll. The first of the six notes begins: "To all the Palestinian journalists…, may you accept my deepest apologies on behalf of the US empire. We are all guilty of allowing this needless bloodshed to go on for so long. Our eyes have been cloaked by the US media industrial complex for decades, from either media that distracts us from the atrocities you and many other people around the world experience, or propaganda that justifies it. I dedicate my actions to all that have been harmed…. Hopefully my actions snap you all awake long enough to thoroughly understand the point I will make in this exposé."

To all the Palestinian journalists: Motaz, Bisan, Omar, Wissam, etc. and in remembrance of the ones who lost their lives along the way, may you accept my deepest apologies on behalf of the people of the US empire. We are all guilty of allowing this needless bloodshed to continue for so long. Our eyes have been cloaked by the US media industrial complex for decades, from either media that distracts us from the atrocities you and many other people around the world experience, or propaganda that justifies it. I dedicate my actions to all that have been harmed in the wake of this poisonous ideology, and may everyone be freed from their chains.

Hopefully my actions snap you all awake long enough to thoroughly understand the point I will make in this exposé. To start, the tyrants "leading" this nation have been forcing a collective hardship and withholding a far more fulfilling lifestyle from us. Yet they want you to think that Russia, China, and Iran are threatening our national security. Let me make this blatantly clear. Our enemies are not in any other country

security. Let me make this blatantly clear. Our enemies are not in any other country but our own and Israel's. The globalist elites and their ever so precious wealth are the means by which our government became hijacked, leaving the workers keeping this nation running with a decaying societal framework. These tumors to our society continue to hoard wealth, and use their government influence to keep it that way. They refuse to meaningfully invest in our communities, letting our taxes be robbed by the mega corporations at the cost of bribes to politicians which they call "lobbying". Instead of replacing the approximate 10-12 million lead pipes still used for drinking water throughout our country, updating the energy grid, or hell, even develop a more robust medical care system that prioritizes patients' health over shareholder value. We lost over 1 million from COVID the past 4 years and millions more left disabled from it. All because we were rushed back to work so shareholders and CEO's could afford more vacation homes.

To top things off, our political climate is a fucking joke. We have legitimate issues



To top things off, our political climate is a fucking joke. We have legitimate issues facing us as a society that will FUCKING KILL US ALL IF WE DO NOT FIX THEM. Instead we have governors concerned about banning pronouns and pride flags while our president turns a college graduation ceremony into another propagada speech. Our politics can no longer be red vs blue, liberal vs conservative, or authoritarian vs libertarian. We need to come together as a society, and like adults with a decent amount of fucking sense, to stop this descent into hell and start working to ensure a future. This summer's hurricane season could be the worst we've ever seen, and possibly the best of all future seasons. Once again, this is all caused by the incessant extraction and commodification of every accessible resource on this planet. With absolutely zero regard to its impacts.  WE NEED TO HAVE DEMOCRATIC CONTROL OF OUR RESOURCE AND FINANCIAL USE. We have politicians on both sides of the aisle frequently breaking promises and just end up playing the stock market to beef up their own net worth while occasionally throwing crumbs at the rest of us to fight over.

It is time to end this. We must abandon both Biden and Trump this next election, as well as any other partisan candidates, I guarantee some will switch to independent or join a current third party. As for electing a president to guide us out of this nonsense, I would recommend having a contest between Dr. Colonel West, Dr. Jill Stein, and Claudia de la Cruz. I encourage you all to organize debates between them, and proceed with the normal electoral process, but naming the winner based on the popular vote rather than the electoral college since that is another product of this corrupt system.

It's time we overthrow these bastards and threaten to pull a fucking D-Day on Tel Aviv to stop these horrors. Yet we just sit back and distract ourselves with mindless entertainment. For the past 500 years the west has exerted its colonial influence to every corner of the Earth, and the systems have never changed.



that is another product of this corrupt system.

It's time we overthrow these bastards and threaten to pull a fucking D-Day on Tel Aviv to stop these horrors. Yet we just sit back and distract ourselves with mindless entertainment. For the past 500 years the west has exerted its colonial influence to every corner of the Earth, and the systems have never changed.

On the week of July 4th, forget your fucking barbecues and pool parties. Instead do the patriotic thing by marching on Capitol Hill, the White House, and the Supreme Court armed with whatever you have, and demand these changes. I will make the next instructions blatantly clear. DO NOT FIRE. DO NOT AIM DOWN SIGHTS. Unless the feds shoot first, you must not engage. If they are unwilling to comply after a few hours, then I permit you to march into those buildings and do what is necessary to regain control of our country from the deep state.

And to those of you who will still side with this wicked ideology after this, fuck you and find God. We will welcome you in arms if you have a change of heart.

In solidarity and love,
Adam

Free Palestine 🇵🇸

13. The "exposé " goes on to state in part: "To top things off, our political climate is a fucking joke. We have legitimate issues facing us as a society that will FUCKING KILL US ALL IF WE DO NOT FIX THEM. Instead we have governors concerned about banning pronouns and pride flags while our president turns a college graduation ceremony into another propaganda speech…. It is time to end this. We must abandon both Biden and Trump this next election, as well as any other partisan candidates…It's time we overthrow these bastards and threaten to pull a fucking D-Day on Tel Aviv to stop these horrors. Yet we just sit back and distract ourselves with mindless entertainment…. On the week of July 4th, forget your fucking barbecues and pool parties. Instead do the patriotic thing by marching on Capitol Hill, the White House and the Supreme Court armed with whatever you have and demand these changes. I will make the next instructions blatantly clear.  DO NOT FIRE. DO NOT AIM DOWN SIGHTS. Unless the feds shoot first you must not engage. If they are unwilling to comply after a few hours, then I permit you to march into those buildings and do what is necessary to regain control of our country from the deep state. And those of you who will still side with this wicked ideology after this, fuck you and find God. We will welcome you in arms if you have a change of heart.  In solidarity and love, Adam. Free Palestine."

14. Forensic analysis indicated that this entry in Apple Notes was modified on June 27, 2024, at or about 7:46 p.m. Eastern Standard Time (EST), approximately an hour and fourteen minutes before the scheduled start time for the debate.

15. The forensic analysis further revealed that the following screenshot was made at 8:32 p.m. EST on June 27, 2024, approximately 28 minutes before the scheduled start of the debate and around three blocks from the debate site, CNN Midtown at 1050 Techwood Drive NW, Atlanta, Georgia.



16. On November 12, 2025, a USSS Special Agent interviewed R.D. telephonically. R.D. stated that she was HALL's former girlfriend for around 9 months in 2021-22, when they attended a university in Georgia together. R.D. stated that HALL called her on the night of the Trump-Biden debate in Atlanta sounding "pretty frantic." In this call, HALL told her that he had purchased a gun and was in Atlanta planning to sneak into the presidential debate. R.D. stated that during the call she could hear crowd noise in the background. R.D. further relayed that HALL had stated to the effect that he "wanted to call one last time before the news broke." HALL also expressed how he was "fed up with the way things were in the world" [R.D.'s

phrasing] and referenced Gaza in particular. He additionally mentioned a "manifesto" he had written. R.D. kept HALL talking and tried to convince him not to act or harm himself. HALL eventually told R.D. that he was tired and there were too many police around, so he would just get a hotel for the night. HALL called R.D. the following day and told her he planned to go to the next presidential debate instead.

17. The forensic analysis performed by USSS-Birmingham indicated that HALL called R.D. on June 27, 2024, at or about 7:33 p.m. EST and that the conversation lasted 46 minutes and 42 seconds.

## CONCLUSION

18. Based on the foregoing facts, I submit there is now probable cause to believe that on or about June 27, 2024, Adam Benjamin HALL violated 18 U.S.C. § 2261A(1)(B) (Interstate Stalking).