# United States District Court

NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA  
v.  

ADAM BENJAMIN HALL

**WARRANT FOR ARREST**  
AGENT TO ARREST

Case Number: 1:26-MJ-020

TO:  The United States Marshal  
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ADAM BENJAMIN HALL

and bring him or her forthwith to the before a United States Magistrate Judge without unnecessary delay to answer a **COMPLAINT** charging him or her with: communicating interstate threats,

in violation of 18, United States Code, Section(s) 2261A(1)(B).

Catherine M. Salinas  
Name of Issuing Officer

United States Magistrate Judge  
Title of Issuing Officer

*(signed)* Catherine Salinas  
Signature of Issuing Officer

January 26, 2026  
Atlanta, Georgia  
Date and Location

Bail Fixed at $_____     by_____  
                                              Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at:  
_____

Date Received:_____     _____  
                                              Name and Title of Arresting Officer

Date of Arrest:_____     _____  
                                              Signature of Arresting Officer