Case 1:26-mj-00020-CMS   Document 5   Filed 01/28/26   Page 1 of 1

FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Jan 28 2026

KEVIN P. WEIMER, Clerk

By: s/Angela L. Smith
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ADAM BENJAMIN HALL | Criminal Action No.<br><br>1:26-MJ-020 |

## Motion to Unseal Criminal Complaint

The United States of America, by Theodore S. Hertzberg, United States Attorney, and Brian M. Pearce, Assistant United States Attorney for the Northern District of Georgia, moves this court to unseal the **Criminal Complaint** in the above-styled case and in support thereof shows that doing so would help to facilitate the defendant's arrest.

WHEREFORE, the government respectfully requests that **Criminal Complaint** be unsealed.

Respectfully submitted,

THEODORE S. HERTZBERG
*United States Attorney*

/s/ BRIAN M. PEARCE
*Assistant United States Attorney*
Georgia Bar No. 568768
Brian.Pearce@usdoj.gov