UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL CASE NO.: |
| v. ) | |
| ) | 1:26-MJ-00020-CMS |
| ADAM HALL, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF APPEARANCE

COMES NOW, Amanda Clark Palmer, and enters her **Notice of Appearance** as counsel of record for the Defendant, Adam Hall, in the above-styled matter. Please send all correspondence, orders, court notices, and copies of pleadings, etc., to the undersigned.

This, the 17th day of February, 2026.

RESPECTFULLY SUBMITTED,

**GARLAND, SAMUEL & LOEB, P.C.**

/s/ *Amanda Clark Palmer*
AMANDA CLARK PALMER, ESQ.
Georgia Bar No. 130608
Attorney for Defendant

3151 Maple Drive, N.E.
Atlanta, Georgia 30305
Phone: 404-262-2225
Fax:  404-365-5041
aclark@gsllaw.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL CASE NO.: |
| v. ) | |
| ) | 1:26-MJ-00020-CMS |
| ADAM HALL, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE AND COMPLIANCE

The undersigned attorney hereby certifies that the foregoing document, which was prepared using Times New Roman, 14-point font, was filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

This, the 17th day of February, 2026.

RESPECTFULLY SUBMITTED,

**GARLAND, SAMUEL & LOEB, P.C.**

/s/ *Donald F. Samuel*
DONALD F. SAMUEL, ESQ.
Georgia Bar No. 130608
Attorney for Defendant

3151 Maple Drive, N.E.
Atlanta, Georgia 30305
Phone: 404-262-2225
Fax:  404-365-5041
aclark@gsllaw.com