IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,               :
                                        :
                                        :
v.                                      :
                                        :   CRIMINAL CASE NUMBER:
                                        :   1:26-mj-00020-CMS
ADAM BENJAMIN HALL,                     :
                                        :
          Defendant.                    :

## ORDER

Upon consideration of the parties' presentation at the teleconference on July 21, 2026, and the materials submitted to the Court *in camera*, the Court hereby **MODIFIES** the conditions of Defendant's bond to add a condition that Defendant comply with the recommendations of mental health counseling and treatment as embodied in the evaluation submitted to the Court. Upon being shown that a plan for such treatment is in place and that Defendant has begun attending such sessions, and absent any other material developments that are brought to the Court's attention, the Court will be inclined to grant the Defendant's request to cancel the electronic monitoring restrictions.

     **IT IS SO ORDERED** this 21st day of July, 2026.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE